1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    TUANJA EDWARD ANDERSON,              No.  2:16-cv-2948 KJN P

12              Plaintiff,

13         v.                             ORDER AND FINDINGS &
                                          RECOMMENDATIONS
14    M. VOONG, et al.,

15              Defendants.

16

17         By order filed March 8, 2018, the court granted plaintiff thirty days to file an amended

18    complaint.  (ECF No. 18.)  On March 22, 2018, plaintiff filed a notice of change of address.

19    (ECF No. 20.)  On April 25, 2018, the March 8, 2018 order was re-served on plaintiff at his new

20    address.  Thirty days from the date of re-service have now passed, and plaintiff has not filed an

21    amended complaint, or otherwise responded to the court's order.

22         Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall appoint a

23    district judge to this action; and

24         IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See

25    Local Rule 110; Fed. R. Civ. P. 41(b).

26         These findings and recommendations are submitted to the United States District Judge

27    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

28    after being served with these findings and recommendations, plaintiff may file written objections

1

with the court and serve a copy on all parties.  Such a document should be captioned

"Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that

failure to file objections within the specified time may waive the right to appeal the District

Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  June 8, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

An2948.fta(2)